## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

WILLIAM A GOLDSBOROUGH,

    Plaintiff,

v.                                                                              Civ. No. 19-309 MV/GBW

NEWPARK DRILLING FLUIDS, LLC,

    Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE
## AND RESETTING RULE 16 SCHEDULING CONFERENCE

THIS MATTER comes before the Court on Attorney Krystle Thomas's Response

to Order to Show Cause (*doc. 32*) and Attorney Jack Siegel's Response to Order to Show

Cause (*doc. 33*).  On December 11, 2019, the Court filed an Order to Show Cause (*doc.

31*), ordering counsel for both parties to show cause why the Court should not assess

sanctions against them for their failure to appear at a scheduled telephonic status

conference on December 10, 2019.[1]  Counsel for both parties timely responded and the

Court is satisfied that neither party should be subject to sanctions.  Therefore, the Order

to Show Cause (*doc. 31*) is hereby QUASHED.

IT IS FURTHER ORDERED that the scheduling conference in this case is RESET

for **January 8, 2020 at 2:00 p.m.**  Parties shall call Judge Wormuth's teleconference line at

---

[1] The Court notes that this was Plaintiff's second failure to make an appearance at a scheduled Rule 16 conference.  *See docs. 26, 27.*

**(877) 402-9753, access code 7578461** to be connected to the proceedings.

      **IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE