IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM A. GOLDSBOROUGH,

    Plaintiff,

    v.                                               No. 2:19-cv-00309 KWR/GBW

NEWPARK DRILLING FLUIDS, LLC,

    Defendant.

## JUDGMENT

THIS MATTER comes before the Court upon Defendant's Motion to Compel Arbitration, filed on August 26, 2019 **(Doc. 12)**. For the reasons stated in the Memorandum Opinion and Order which accompanies this judgment,

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Compel Arbitration and Dismiss Case **(Doc. 12)** is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claim is **DISMISSED**, thus disposing of this case in its entirety.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE